IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10756
Conference Calendar

_____


RICKY ZAMORA,

                              Plaintiff-Appellant,


versus

MICHAEL A. WILSON;
DARWIN D. SANDERS,

                              Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:96-CV-25
- - - - - - - - - -
October 23, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

     Ricky Zamora, Texas prisoner # 556986, appeals the district court's dismissal as frivolous of his civil rights action against Darwin D. Sanders, the warden at the Clements Unit.  Although Zamora states as the appellate issue that the district court abused its discretion in dismissing his complaint, he has failed to brief any argument on appeal, and his claims are deemed

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

abandoned.  See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).  Because Zamora has presented no legal points arguable on their merits, the appeal is frivolous, and it is DISMISSED.  See Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983); 5th Cir. Rule 42.2.

APPEAL DISMISSED.